UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATARINO PIEDRA,<br><br>  Plaintiff,<br><br>  v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>  Defendant. | No. 2:25-cv-01485-DC-SCR<br><br>ORDER ENTERING JUDGMENT AGAINST DEFENDANT PURSUANT TO NOTICE OF ACCEPTED RULE 68 OFFER<br><br>(Doc. No. 16) |

On September 24, 2025, Defendant filed a Notice of Plaintiff's Acceptance of Defendant's Offer of Judgment under Federal Rule of Civil Procedure 68, informing the court that Plaintiff has accepted the terms of Defendant's offer to settle this case. (Doc. No. 16.)

Pursuant to Federal Rule of Civil Procedure 68(a), at least 14 days before trial, a defendant may serve an offer to allow judgment on specified terms to the opposing party. Fed. R. Civ. P. 68(a). Any acceptance by the opposing party of the offer must be made through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

Here, Plaintiff accepted Defendant's Rule 68 Offer of Judgment in writing on August 14, 2025 (Doc. No. 16-1 at 4.) Pursuant to the accepted Rule 68 offer, Defendant agrees to allow entry of judgment in favor of Plaintiff in the amount of $46,957.00, which is a compromise amount inclusive of Plaintiff's incidental and consequential damages. (*Id.* at 3.) In addition to that

1

1  amount, Defendant also agrees to pay Plaintiff $12,500.00 in attorneys' fees and costs. (*Id.*)

2  Accordingly,

3  1. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and
4  against Defendant in the amount of $46,957.00, plus $12,500.00 in reasonable
5  attorneys' fees and costs (Doc. No. 16);

6  2. Plaintiff's pending motion to remand (Doc. No. 8) is denied as having been
7  rendered moot by this order;

8  3. All dates and deadlines in this case are VACATED; and

9  4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **September 24, 2025**

Dena Coggins
United States District Judge

2